UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

              - v. –

THOMAS SPROLLING

              Defendant.
-----------------------------------------------------------X

ORDER

16-CR-346 (PAC)

IT IS HEREBY ORDERED:

    Richard Palma is appointed to represent Thomas Sprolling as CJA counsel, *Nunc Pro Tunc* August 21, 2020.

DATE:

August 21, 2020

SIGNED: _____
PAUL A. CROTTY
United States District Judge